TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00333-CV

Texas Association of Counties, a Self-Insured Governmental Entity, Appellant

v.

Caron L. Urban, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT

NO. C99-0244A, HONORABLE JACK ROBISON, JUDGE PRESIDING

PER CURIAM

 Appellant Texas Association of Counties, a Self-Insured Governmental Entity, has
filed an Unopposed Motion to Dismiss Appeal. We grant appellant's motion and dismiss the
appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: September 23, 1999

Do Not Publish